**UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS**

Dan Howitt (pro se),

                Plaintiff,                                  1:25CV10099LTS

v

Elizabeth Morse,

                Defendant.

**NOTICES OF APPEAL OF DENIALS IN:  DOCUMENT 84;  DOCUMENT 88;  DOCUMENT 86;  DOCUMENT 85**

J. Boal's chronic negligent, apathetic, and abuse of discretion, management of my cases include the following, which is consistent with J. Sorokin's repeated apathy, bias, and unwillingness to enforce simple FRCP and even his own orders.

1      In her Document 84, she states it is Interrogatory 4 (I only have three of them).  She clearly did not read all of my simple ½ page interrogatory, and each question, especially the last one, are relevant, to the circumstance of the defendant's denial to rent to me.  Also, an interrogatory is not a place to argue why inquiries in the interrogatory are relevant.

2      In her Document 86, she ignores the substance of my motions with a negligent superficial account denying each of them.

3      Per her chronic abuse, and in engaging in abuse regarding the above Document 86, she engages in further abuse in Document 88.

4      I have medical reasons for not attending the deposition in person, and J. Boal's inhumane abuse includes denying this, which demonstrates the severity of her abuse of discretion to harm.

This is an inhumane abusive judge who enjoys denying 99% of my legitimate motions, including those that attempt to enforce the defendant's rampant violations of FRCP and even J. Sorokin's own owners, and who enjoys granting the defendant's second bout of abuse against me.

Submitted by,

Dan Howitt, 4/7/26
Certificate Of Service: Today I served by efile the defendant's attorney Erica Petkov.

1