UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAN HOWITT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 25-10099-LTS |
| ELIZABETH MORSE, | ) | |
| Defendant. | ) | |

ORDER ON OBJECTIONS TO MAGISTRATE JUDGE'S RULINGS (DOC. NO. 89)

April 10, 2026

SOROKIN, J.

Dan Howitt, representing himself, has made a filing entitled "Notice of Appeal of Denials in: Document 84; Document 88; Document 86; Document 85." Doc. No. 89. Based on its title, the submission triggered the docketing of an appeal with the First Circuit, which that court will resolve in the ordinary course. See Doc. Nos. 91, 92. In substance, the submission raises challenges to rulings made by the Magistrate Judge to whom the undersigned referred this matter for pretrial management. Doc. No. 70. Such challenges are generally directed to the presiding District Judge pursuant to Rule 72 of the Federal Rules of Civil Procedure. To the extent Howitt's filing raises such challenges and Rule 72 requires this Court to resolve them, the Court does so as follows.

Three of the four rulings by the Magistrate Judge identified by Howitt resolved motions that were not dispositive of any claims or defenses in this action. See Doc. No. 84 (granting in part and denying in part Howitt's motion to compel discovery responses and for sanctions); Doc. No. 85 (denying Howitt's motion to attend his deposition via zoom); Doc. No. 88 (granting

defendant's motion for an order requiring Howitt to seek leave of court before filing further motions seeking four enumerated types of relief).  Under Rule 72(a), if a party timely objects to a magistrate judge's rulings on such motions, "[t]he district judge in the case must consider [the] objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law."  This Court has reviewed the Magistrate Judge's three orders, the underlying motion papers, and Howitt's objections.  The Court concludes that the Magistrate Judge's decisions are neither clearly erroneous nor contrary to law.  Howitt's objections to the three orders resolving nondispositive motions are therefore OVERRULED.

The remaining ruling Howitt challenges is a Report and Recommendation ("R&R") addressing three consecutive motions by Howitt seeking default judgment.  Doc. No. 86.  Under Rule 72(b)(3), "the district judge must determine de novo any part of the magistrate judge's [R&R] that has been properly objected to" and "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."  The Court has undertaken the requisite de novo review.  Upon review of the R&R, the underlying motion papers, and Howitt's objection, the Court OVERRULES Howitt's objection, APPROVES AND ADOPTS the R&R (Doc. No. 86) in its entirety, and DENIES Howitt's motions for default judgment and dismissal of the defendant's counterclaims (Doc. Nos. 71, 81, 82) for the reasons expressed by the Magistrate Judge.

Finally, throughout his objection, Howitt repeatedly accuses the Magistrate Judge of "abuse."  Doc. No. 89.  There is no support in the record for these allegations, and the Court REJECTS them.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge

2