UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS

---

Dan Howitt,

Plaintiff,                                                                   1:25CV10099LTS

v

Elizabeth Morse,

Defendant.

MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR RECONSIDERATION OF ORDER (DOCUMENT 85) REGARDING DEPOSITION

AND MOTION TO FILE ADDITIONAL MEDICAL RECORDS UNDER SEAL, AND AN ADDITIONAL PLAINTIFF'S MEDICAL STATEMENT UNDER SEAL

1        As of yesterday, I have a additional medical records that further substantiate my sealed Plaintiff's Medical  Statement, and other medical records.

2        In my sealed Plaintiff's Medical Statement, I discuss how my medical circumstance directly relates to the deposition.  I will do so again, but in more detail, and with reference to the additional medical records.

3        I also ask that the deposition be divided into to halves, and that each half be done on a separate day, and beginning at 12pm or after, all of which I will explain in my aforementioned Plaintiff's Medical Statement.

4        J. Boal conveys defendant's attorney's statement that its office is "approximately 1 mile" from where I live.  Defendant's attorney in Document 72 states that it is "located approximately one mile from the noticed deposition location in downtown Boston. The deposition therefore imposes no geographic burden on Plaintiff whatsoever."

False.  It is 2.5 miles away, and my address is on file in the docket.  The deposition address is, 200 High Street, 5th Floor  Boston, Massachusetts 02110.  In my aforementioned Plaintiff's Medical Statement, I will discuss the relevance of the distance, including more than I already do.

5        J. Boal also conveys defendant's attorney's statement that an in person deposition is necessary to "assess his credibility".  My #4 above is a demonstration of the lack of credibility of defendant and defendant's attorney.  It takes 5-10 seconds to do a simple map search of the two addresses.  Defendant is pervasively deceptive, as is her attorney.

6        I am awaiting a clinician's letter requesting that I attend all court processions by computer.

Submitted by,

*Dan Howitt* (signature)

Dan Howitt, 4/13/26
Certificate Of Service: I served this document to the defendant today by efile.
Certificate Of FRCP Local Rule 7.1 Compliance: Defendant's attorney already disputed my moving to attend by computer.

1