**UNITED STATES DISTRICT COURT, MASSACHUSETTS**

Dan Howitt,

                                Plaintiff,                                                                                    1:25CV10099LTS

v

Elizabeth Morse,

                                Defendant.

**PLAINTIFF'S MOTION TO FILE UNDER SEAL NEW MEDICAL RECORD AND AFFIDAVIT REGARDING TO ATTEND DEPOSITION AND ALL SUBSEQUENT PROCEEDINGS VIRTUALLY**

        This is a motion to file under seal new medical record and affidavit, and new motion, to attend the deposition and all subsequent proceedings virtually.  I will not be doing public filings that contain private medical discussion, and I ask the judges to not provide, as they have been doing, private medical discussion about me in their own public filings, and I ask them to redact such discussion that they have provided to date.  Private medical discussion should be redacted per FRCP.   Rule 8 provides that judges liberally manage pro se activity for the purpose of justice, including employing relevant rules for the sake of justice, and justice requires the above protection.  The rule alleviates pro se from being required to cite every relevant rule for everything, and requires that judges do this for the liberal management of pro se, and for justice.

        Exhibit 1 below concerns by below Rule 7.1 certification:  Defendant's attorney ignored my request to discuss, and yet again sent me an abusive email (which is an issue that I presented to Ju. Sorokin in the first hearing), and has not replied in any way about this motion.  She and her colleague spent 1 full year evading me and the court, evading court orders and deadlines with an abundance of excuses, and then evaded court orders and deadlines even without excuses, and she will not accommodate my standard request for a virtual deposition.

Submitted by,

Dan Howitt, 6/22/26

Certificate Of Service and Rule 7.1 Compliance:  On 6/19/26 I presented this motion to defendant's attorney Erica Petkov by voicemail and notified her of this by email and asked by email for a return telephone call and she replied with Exhibit 1 email below abusing me and has not responded in any way thereafter.  I waited 3 full days, and she could have also conferred by email or asked me to do so.

1

**Exhibit 1**



Motion 6/19/26

dancambridge0@gmail.com <dancambridge0@gmail.com>    Fri, Jun 19, 11:31 AM (3 days ago)
to Erica ▾

Ms. Petkov, per Rule 7.1 I called you today, there was no answer, I left a voicemail explaining my intended motion, I will await your return call today by 5pm to discuss my motion, if you are unable to call, or are unwilling to call, I will proceed with my motion and note that you did not call.

**Erica Petkov**    Fri, Jun 19, 12:14 PM (3 days ago)
to me ▾

Dan, stop playing games. You've ignored every single one of my communications about scheduling your deposition, and now you want to try to confer on a federal holiday and give me an arbitrary deadline five hours from now. You're not acting reasonably or in good faith.
Sent from my iPhone