UNITED STATES DISTRICT COURT,  MASSACHUSETTS

_____

Dan Howitz,
                              Plaintiff,                                              1:25CV10099LTS

v

Elizabeth Morse, et al,
                              Defendant.
_____

PLAINTIFF'S FRCP RULE16(B)(4) MOTION TO MODIFY SCHEDULING ORDER TO DEPOSE DEFENDANTS LATE PER MOTION FOR LEAVE PER RULE 60 (A)(2)

        Defendant's attorney today declined having defendants deposed in any way, citing that the time-period to do so has elapsed.  I asked defendant's attorney today if she could provide me with dates of availability in the next 30 days to depose each defendant from 1pm-4pm, twice, on separate days, making for 8 hours total for each defendant, and by webcam.  My excusable delay has been, as I have presented to the judge, various medical problems, and that I was not able to find someone to assist me with the depositions until recently.  Per FRCP 16(b)4) I ask for the scheduling order to be modified for the above, and I ask for leave per FRCP 60(A)(2) to depose defendants.  FRCP 8(e) and Erickson v Pardus require that judges, for the purpose of justice, provide leeway for pro se excusable inadequacies, excusable delays, technical problems, etc.  The judge has allowed defendants' attorney to violate many court ordered deadlines, and FRCP deadlines, over half of 2025, and much of early 2026, including after the attorney(s) discontinued providing excuses.

Submitted by,

*[signature]*

Dan Howitz, 6/24/25

Certificate Of Service And FRCP 7.1 Compliance:  Today I served this document via efile to defendant's attorney Erika Petkov, and she opposed it on the above basis.

1