# United States Court of Appeals
## For the First Circuit

———————————

No. 26-1581

DAN HOWITT,

Plaintiff - Appellant,

v.

ELIZABETH MORSE,

Defendant - Appellee,

RONALD FELDMAN,

Defendant.

———————————

**JUDGMENT**

Entered: June 24, 2026
Pursuant to 1st Cir. R. 27.0(d)

By order entered June 9, 2026, Appellant was directed to show cause in writing why this appeal should not be dismissed for lack of jurisdiction or to move for voluntary dismissal of this appeal. Appellant was warned that failure to respond by June 23, 2026, would lead to dismissal of this appeal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dan Howitt
Stephen A. Greenbaum
Erica Petkov