UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 25-10099-LTS |
| | ) |
| ELIZABETH MORSE, | ) |
| | ) |
| Defendant. | ) |

ORDER ON DEFENDANT'S MOTION FOR SANCTIONS
[Docket No. 110]

July 7, 2026

Boal, M.J.

On April 7, 2026, this Court denied plaintiff Dan Howitt's motion to attend his deposition by Zoom and granted defendant Elizabeth Morse's motion to compel Howitt to attend his deposition in person. Docket No. 85.[1] This Court ordered Howitt to appear for a deposition at a mutually agreeable date within 14 days after the order at the offices of defendant's counsel. On April 16, 2026, Howitt filed a motion for reconsideration of that order. Docket No. 97. On May 15, 2026, this Court denied the motion and again ordered Howitt to appear for a deposition at a mutually agreeable date within the next 14 days at the offices of defendant's counsel. Docket No. 98.

Howitt has yet to appear for a deposition in this case. On June 22, 2026, Morse filed a motion for sanctions. Docket No. 110. On June 24, 2026, Howitt filed an "Affidavit Regarding

---

[1] On March 13, 2026, Judge Sorokin referred this case to the undersigned for full pretrial management. Docket No. 69.

1

Motion to Attend Deposition by Webcam" under seal.  Docket No. 112.  It appears that he is again seeking reconsideration of this Court's order that he appear for his deposition in person.

Nothing in Howitt's affidavit or attached documentation changes this Court's determination that Howitt must attend his deposition in person.  Accordingly, this Court grants the defendant's motion for sanctions only to the extent that it again orders Howitt to appear for a deposition at a mutually agreeable date within the next 14 days at the offices of defendant's counsel.  At this time, this Court declines to recommend dismissal of this action or to order payment of defendant's attorney's fees.  **This Court warns Howitt, however, that failure to appear for a deposition in person within the next 14 days may result in sanctions, including a recommendation that Judge Sorokin dismiss this action.**

**So Ordered**.

_/s/ Jennifer C. Boal_
JENNIFER C. BOAL
U.S. MAGISTRATE JUDGE

2