US DISTRICT COURT MASSACHUSETTS
_____

Dan Howitz,
                    Plaintiff,

v                                                                          1:25CV10099LTS

Elizabeth Morse,
                    Defendant.
_____

PLAINTIFF'S NOTICE OF APPEAL OF MS. BOAL'S DENIAL OF MOTION TO DISQUALIFY/RECUSE HER

PLAINTIFF'S CONCURRENT MOTION TO STAY CASE UNTIL PETITION FOR WRIT OF MANDAMUS AGAINST MR. BOAL IS RULED

Ms. Boal via continued, chronic perversion of justice, states in her 120 order,

"In contrast, this Court routinely schedules status conferences by Zoom."

"This Court notes that while Howitt references other instances in this case and others where he was allowed to appear by Zoom, the standard for allowing appearance by Zoom is different on those other instances."

Sadly, Ms. Boal consistently speed-reads my filings, including speed-reading over large sections unread, and has been doing this for a multitude of months, and in doing so, "reads" what she wants (per her emotional preferences, which she does not have rule over):  I stated more than the above in my simple 2 page Petition For Writ Of Mandamus against her, namely that I was allowed by the 20 years more experienced judge Marianne Bowler of my other case 1:24CV12994ADB two virtual hearings, and they were not "status conferences", and I stated that she argued for the necessity of in-person hearings for both, and I stated that then, after reviewing the same motions and exhibits thereof for my motions to attend virtually that I provided to Ms. Boal, granted me virtual hearings.

Ms. Boal merely provides substantial copied-pasted discussion in her 120 that judges have pre-arranged for when they are disputed.

Paradoxically, Ms. Boal's disqualifiable bias, prejudicing of me, and lack of impartiality, is demonstrated in her 120 order itself, in the way that I present above.  Ms. Boal is illegally discriminative against three medical circumstances, and an abuser of power/discretion, due to her unruled emotional need to harm me.

I ask that this case be stayed until my Petition For Writ Of Mandamus against Ms. Boal is ruled.

Submitted by,

Dan Howitz, 7/8/26
Certificate Of Service:  Today I served this document via efile to defendant's attorney Erika Petkov.

1