# United States Court of Appeals
## For the First Circuit

No. 26-1581

DAN HOWITT,

Plaintiff - Appellant,

v.

ELIZABETH MORSE,

Defendant - Appellee,

RONALD FELDMAN,

Defendant.

**MANDATE**

Entered: July 16, 2026

In accordance with the judgment of June 24, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Stephen A. Greenbaum
Dan Howitz
Erica Petkov