# United States Court of Appeals
## For the First Circuit

No. 26-1792

IN RE: DAN HOWITZ,

Petitioner.

Before

Rikelman, Aframe, and Dunlap,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: July 16, 2026

Petitioner Dan Howitz ("Petitioner") seeks a writ of mandamus in relation to a district court order requiring his in-person attendance at a deposition. Petitioner's Motion for Leave to Withdraw Motion to File Medical Affidavit and Records Under Seal is **granted**; we note that we have considered to an appropriate degree the medical evidence and affidavits Petitioner filed in district court.

With the points and arguments set out in the mandamus petition, Petitioner has failed to show that "extraordinary" mandamus relief is warranted. <u>See</u> <u>Da Graca</u> v. <u>Souza</u>, 991 F.3d 60, 64 (1st Cir. 2021) (explaining that "only exceptional circumstances amounting to a judicial usurpation of power, or a clear abuse of discretion, will justify the invocation of th[e] extraordinary remedy" of mandamus) (internal quotation marks, brackets, and citations omitted).

Therefore, the petition is **denied**. Any remaining pending motions or requests, to the extent not moot in light of the foregoing, are **denied**. We note that Petitioner also has pending in this court direct appeals from certain rulings in the district court matter underlying this petition (Appeal Nos. 26-1797 and 26-1802). Those appeals will be addressed in due course.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Dan Howitz, Stephen A. Greenbaum, Erica Petkov