US DISTRICT COURT MASSACHUSETTS

_____

Dan Howitz,
                Plaintiff,

v                                                      1:25CV10099LTS

Elizabeth Morse,
                  Defendant.

PLAINTIFF'S NOTICE OF APPEAL

      Plaintiff's motion to stay lower court case pending decision on this appeal.


Submitted by,

Dan Howitz, 7/19/26
Certificate Of Service:  Today I served this document via efile to defendant's attorney Erika Petkov.

1