US DISTRICT COURT MASSACHUSETTS

_____

Dan Howitz,

        Plaintiff,

v                                                        1:25CV10099LTS

Elizabeth Morse,

          Defendant.
_____

PLAINTIFF'S NOTICE OF APPEAL OF MR. SOROKIN'S DENIAL OF PLAINTIFF'S APPEAL OF MS. BOAL'S DENIAL OF PLAINTIFF'S MOTION TO ATTEND DEPOSITION VIRTUALLY

     Plaintiff's notice of appeal of Mr. Sorokin's denial of my appeal of Ms. Boal's denial of my motion to attend deposition virtually.

Submitted by,

Dan Howitz, 8/6/26
Certificate Of Service:  Today I served this document via efile to defendant's attorney.

1