US DISTRICT COURT MASSACHUSETTS

_____

Dan Howitz,
                          Plaintiff,

v                                                                          1:25CV10099LTS

Elizabeth Morse,
                          Defendant.
_____

**PLAINTIFF'S MOTION TO FILE UNDER SEAL A NEW DOCTOR LETTER, AND NEW DOCTOR MEDICAL RECORD, OF 7.10.26**

I was advised on the importance of a doctor letter, and doctor record, regarding what I most recently filed under seal.  The letter and record explains what I most recently filed under seal, which itself only implies an explanation.  Moreover my doctor is available to the court for further explanation.  Moreover, if Ms. Boal would like a more extensive letter, my doctor is willing to address specific requirements of Ms. Boal in a new letter.

I was initially going to wait for Appeals Court to rule on whether what I most recently filed under seal is acceptable; and that court has not yet ruled on it.

Aside, Ms. Boal stated in a previous order that I could "simply get a Uber" (paraphrasing).  Would Ms. Boal ever spend the comparative (her income v my income) $3,000 on a Uber ride of 5-6 miles roundtrip?  I already informed Ms. Boal and Mr. Sorokin in detail of my financial, etc, circumstance.  This is only one of many aspects of why Ms. Boal should be disqualified from not only this case of mine, but all of my cases.  This absence of even minimal empathy is abuse.  And analogously:  Despite my previously filed medical record and affidavit, Ms. Boal ignores medically relevant considerations.  Both are of discriminatory abuse.

If the above is denied by Ms. Boal, I will then have a better basis to proceed with the following:

(a)      Emergency Motion For A Stay Pending Appeal, with Appeals Court, under FRAP 8(a)(2).

(b)      Extenuating Denial:  The district judge denied my request, satisfying the strict requirement to seek relief locally first.

(c)      The Four-Factor Test:

A strong likelihood that I will win the appeal regarding the virtual deposition.

That I will suffer irreparable harm if forced to do the deposition in person before the appeal is decided.

That a stay will not substantially injure the opposing party.

That a stay aligns with the public interest

(d)      Notice of Executive/Emergency Stay Application on the district court docket so that the district judge and opposing counsel are aware that Appeals Court is reviewing the calendar.

Submitted by,

Dan Howitz, 8/7/26

Certificate Of Service: Today I served this document via efile to defendant's attorney.

Certificate Of LR 7.1 Compliance: I spoke with defendant's attorney by telephone several days ago and it continues to reject all of my bases for a virtual deposition.

1