MASSACHUSETTS US DISTRICT COURT

_____

Dan Howitt,

                Plaintiff,

                                                    1:25CV10099LTS

Elizabeth Morse,

                   Defendant.

_____

PLAINTIFF'S NOTICE OF MOTION TO DISMISS FIRST CIRCUIT CASE 26-1797

        As I state below in Exhibit 1, I filed 26-1797 as a petition for writ of mandamus, and have encountered repeated problems with the clerk manager, and somehow my filing was changed to an interlocutory appeal, which I did not want to occur.  Secondly, my filing, now, seems to be designated as only a motion to stay.  Due to this, I will have to begin anew, which I should not have to as a medically disadvantaged pro se.

        Notwithstanding, I realized that my medical record for my most recent motion in the district court to have a virtual deposition is not extensive enough, and that a doctor letter, and more extensive medical record are needed, which I now have, namely a 6 page medical record, and a 1 page doctor letter; and my doctor is available to provide a more extensive letter per Mrs. Boal's or Mr. Sorokin's request.

        Due to all of the above, I have moved to dismiss the above First Circuit case of mine, so that Mr. Sorokin of the district court as he states in his Documents 139-140 will allow me to proceed with filing the above records under seal.

        The other pending appeal in the First Circuit 26-1802 that I have regards Mrs. Boal's chronic crotchet abuse, including, despite knowing my overall personal circumstance, fatuously asseverating that I could simply "get a Uber", while knowing that she would not pay the comparative $3,000+ for a Uber ride for a 4-5 mile roundtrip ride in the Boston area.  It is of illegal discrimination to ignore the attributes of one's legally protected status.  This is only one facet of her pervasive abuses of me, which she conducts with the dishonorable insouciant fatuosity that I noted above.  She has engaged in such violative abuse of justice against FRCP 8(e), that commands that she "explain pleadings to do justice" to pro se pleadings, in several cases of my cases, such as 1:24-cv-11991, by, unlike the judge of 1:24-cv-13204-ADB (who specified that I can proceed with a simple motion to amend concurrent with a proposed amended complaint), merely (a) dismissing my case via committing a horrid violation of the above FRCP 8(e) (namely she could have simply

extracted my federal claims as the core of my case, and struck certain other claims, or, asked me to write a more concise complaint; this is what "explain pleadings to do justice" entails), (b) ignoring for months (and still) my simple motion for clarification on whether I can proceed as the above ADB judge states (surely Mrs. Boal did this to accomplish her apparent goal of maximizing case-dismissals).  She could have also asked for a more extensive medical records, and a doctor letter, regarding this virtual deposition issue, and instead enjoyed abusing me via protected class discrimination, and the above described other abuse.  (Sadly, she displayed her severe bias against me by letting defendant's attorney Erica Petkov abscond with innumerable months of piteous deception regarding deadlings, court orders, etc, letting her do whatever she wanted, and then Mrs. Boal violated FRCP 8(e) and Erickson v Pardus yet again by mis-construing my several motions for contempt/sanctions, namely I filed several in succession regarding Mrs. Petkov's abhorrent conduct over innumerable months, whereas it is clear that I meant them to be motions to reconsider; and then Mrs. Boal restricted my ability file motions for contempt/sanctions.  So she enjoys violating FRCP 8(e) so that she can, also in violation of that rule, abuse me.  All of this is consistent with her pervasive abuse, which she perpetrates in the above insouciant manner.  I know what fairness is and is not, and this is third-world natured bias-abuse that is calculated to harm.  I encountered this in even Suffolk Superior Court (Mrs. Julie Green, of course) and I had her (JD from Harvard) granting of extraordinary relief vacated myself as pro se (2025-J-0895).  I compelled another judge of the court, Robert Gordon, to correct his ghastly false statements about me in an order of his.  The statements were of an extreme nature.  Clearly many judges enjoy abusing disadvantaged pro se.  Witnessing this 3rd world emotional-bout desire to abuse of judges be implemented has been nightmarish.

I also asked Mrs. Boal and Mr. Sorokin to discontinue using conspicuously humiliating language about me in their various orders, and both continue to do so by sardonically, due to their perpetual need to do so, using medically sensitive language about me, despite that they could choose from dozens of other language instead, such as "Mr. Howitt's personal circumstance", "Mr. Howitt's circumstance", etc.  I ask them again to discontinue deriving enjoyment from ladening the public docket with sardonic humiliation of me.  (I will shortly file a motion to for me to redact all medical diagnosis and related medical language from all of my filings and all other filings and orders).  The judge of 1:24-cv-13207-RGS allowed me to do so in the

core 6 filings of the case, yet the barbaric Mrs. Denise Casper, despite being the new chief judge, will not for

another case, due to her sociopathic enjoyment of terrorizing me perpetually via her public filing.  The prior

chief judge Dennis Saylor in sharp contrast was extremely humane and wise, as is the above RGS.

By,

Dan Howitt, 8/12/26

Certificate Of Service:  Today I served this document via efile to defendant's attorney Erika Petkov.

Exhibit 1

FIRST CIRCUIT APPEALS COURT, MASSACHUSETTS

Dan Howitt,

              Plaintiff,

v

Elizabeth Morse,

              Defendant.

First Circuit:  26-1797

Lower Court:  1:25CV10099LTS

PLAINTIFF'S MOTION TO DISMISS CASE 26-1797

      I filed this as a petition for writ of mandamus, and have encountered repeated problems with the clerk manager, and somehow my filing was changed to an interlocutory appeal, which I did not want to occur. Secondly, my filing, now, seems to be designated as only a motion to stay. Due to this, I will have to begin anew, which I should not have to as a medically disadvantaged pro se.

      I realized that my medical record for my most recent motion in the district court to have a virtual deposition is not extensive enough, and that a doctor letter, and more extensive medical record are needed, which I now have, such as a 6 page medical record, and 1 page doctor letter. I would like to dismiss this case, so that Mr. Sorokin of the district court as he states in his Documents 139-140 will allow me to proceed with filing the above records under seal.

By,

Dan Howitt, 8/12/26
Certificate Of Service:  Today I served this document via efile to defendant's attorney Erika Petkov.

1