US DISTRICT COURT MASSACHUSETTS

_____

Dan Howitz,

               Plaintiff,

v                                                                         1:25CV10099LTS

Elizabeth Morse,

               Defendant.

_____

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTION (DOCUMENT 143)

1        My Document 142, which was filed prior to defendant's above Document 143, explains everything; and defendant ignores all of it, including Mr. Sorokin's Documents 139-140 that I can, when my Appeals Court appeal is resolved, file my doctor letter and record (see #5 below).  Mrs. Petkov ignores that, which is seemingly sanctionable:  Mr. Sorokin is simply waiting for the appeal matter to be resolved, and then will permit me to file under seal the above (and see #5 below).

2        I restate and incorporate my Document 142 here, as my opposition to defendant's above Motion.

3        Yet again, defendant deceives in its Local Rule 7.1 Certification:  Mrs. Petkov did not telephone me, nor email me, to discuss its above Motion, which is sanctionable:  The rule requires telephone conference, and Mrs. Petkov did not even attempt that.  I myself telephoned Mrs. Petkov 1 week ago, and informed it in detail of the above about my doctor's letter and record, and Mrs. Petkov did not state this in its above Certification.  I legally recorded my call to it, and ask for Mr. Sorokin to receive the recording, and I plan to submit a motion for sanction against Mrs. Petkov about that, and the above and below.

4        As I state in my above Document 142, Mrs. Petkov profusely violated FRCP, and court orders, regarding many things over a multitude of months through the last quarter of 2025 through many months in 2026, was let to abscond with whatever it wanted to do, including with no criticisms nor warnings from Mrs. Boal and Mr. Sorokin.  Now, Mrs. Petkov rapidly does extensive filings when it believes that it has opportunities to subvert me, including via deception (see 5-6 below).

5        My above Document 142 states that I have, for the first time, a doctor letter requesting virtual attendance, and an extensive doctor medical record of 6 pages.

6          Mrs. Petkov deceives that I did not inform it about this:  I have via my many filings from Document 142 backwards in time, which it was served with.

7          Mrs. Petkov, in doing the above, and in its Motion, engages in disablist discrimination in violation of 42 USC s12182 and MGL c272 s98; and it is a place of public accommodation.  Since it represents defendant, defendant has committed the above in a place of public accommodation, I intend to submit a motion to amend complaint so that I can adduce the above violations, which are consistent with Mrs. Morse's and Mr. Feldman's previous disablist discrimination.

8          I ask Mr. Sorokin and Mrs. Boal to sanction Mrs. Petkov for its above misconduct.

By,

Dan Howitz, 8/13/26
Certificate Of Service: Today I served this document via efile to defendant's attorney.