US DISTRICT COURT MASSACHUSETTS

Dan Howitt,
Plaintiff,
v 1:25CV10099LTS
Elizabeth Morse,
Defendant.

PLAINTIFF'S ADDENDUM TO OPPOSITION TO DEFENDANT'S MOTION FOR SANCTION (DOCUMENT 143)

PLAINTIFF'S MOTION TO FILEc x MOTION FOR SANCTION AGAINST DEFENDANT'S ATTORNEY MRS. PETKOV

9 Mrs. Petkov cites Mrs. Boal's order (Document 110) providing me with a 14 day deadline from the date of the order (7/7/26) to complete the deposition; however Mrs. Petkov's motion for sanction was filed on 8/13/26, which is 37 days after the order.

10 Mrs. Petkov's office emailed me on 8/4/26 asking for a deposition, which is 28 days after the order.

11 Mrs. Petkov, prior to filing her above 8/13/26 motion for sanction, was aware of Mr. Sorokin's orders #139-140 of 8/10/26, where he states that (a) depending on how my appeal is resolved, (b) I am permitted to ask him if I could file my doctor's letter and record (again this is my first doctor's letter regarding the deposition, and the record is more extensive).

12 Despite that, Mrs. Petkov dissociated from Mr. Sorokin's orders, as if they were not issued, and decided to act as if there were no such orders, and engaged in a purpose of its that it set-up to fail, in order to attempt to entrap me. Worse, it then proceeded with a motion for sanction against me based on its contrived entrapment. It went so far as to have a deposition transcriber present, and to have the transcriber take its statement, which it filed in its above motion.

13 Due to all of the above (my Document #144 1-8, and the above 9-13), I ask Mr. Sorokin for leave to file a motion for sanction against Mrs. Petkov.

By,

Dan Howitt, 8/17/26
Certificate Of Service: Today I served this document via efile to defendant's attorney.
Certificate Of LR 7.1 Compliance: Due to abuse, and Mrs. Petkov chronically misrepresenting me, I did not confer with it regarding this Addendum and Motion, but I will concede that it opposes both.