# United States Court of Appeals
## For the First Circuit

No. 26-1797

DAN HOWITZ,

Plaintiff - Appellant,

v.

ELIZABETH MORSE,

Defendant - Appellee,

RONALD FELDMAN,

Defendant.

**JUDGMENT**

Entered: August 25, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dan Howitz
Stephen A. Greenbaum
Erica Petkov