**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Dan Howitt,**

Plaintiff,

CIVIL ACTION NO. 1:25-10099-LTS

V.

**Elizabeth Morse,**

Defendants.

## ORDER OF DISMISSAL

Sorokin, D. J.

In accordance with the Court's MEMORANDUM AND ORDER, Dkt. No. 165, dated November 4, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/4/2026
Date

/s/ Flaviana de Oliveira
Deputy Clerk