US DISTRICT COURT MASSACHUSETTS

1:25CV10099LTS

Dan Howitt,
Plaintiff,
v
Elizabeth Morse et al,
Defendants.

CHRONIC ABUSE-DISCRETION SOROKIN: ATTORNEY FOR THE DAY ADVISED NOTICE OF APPEAL OF DISMISSAL OF CASE DUE TO SOROKIN'S CHRONIC ABUSE-DISCRETION, CHRONIC WRITTEN DISABLIST ABUSE, INTENTIONAL NEGLECT, SEVERE BIAS

MOTION FOR SOROKIN TO REMOVE DISABILIST LANGUAGE FROM HIS DOCUMENTS 166-167

MOTION FOR SOROKIN TO RECUSE HIMSELF ON THE BASIS OF HIS ABUSE-DISCRETION, CHRONIC WRITTEN DISABLIST ABUSE, INTENTIONAL NEGLECT, SEVERE BIAS

1 In Sorokin's Documents 166-167, he works diligently to contrive what he desires, via his inability to rule his emotions, which was also evident in the status-conference. He enjoys not reading my filings, and considering any claim about me as true so that he can dismiss cases and deprive pro se of their right to obtain justice, even despite my demonstrations of the falsity, and the lack of evidence, including the abuse-discretion Boal's easily proven false statement that defendant had 2 depositions proceeding that I did not attend, defendant's attorney Petkov's same false statement, neither even asked Petkov for proof of 2 depositions, and I provided proof that there was not, and he ignored my legitimate reasons for asking for a remote deposition, and in the status conference stated that my MGH doctor's letter asking for remote deposition "doesn't change anything", showing his severe abuse-discretion.

2 I asked Sorokin months ago to discontinue using florid unnecessary disablist language against me, and he then escalated his use of such language in the above filings of his. His abuse of power is dangerous, akin to his dismissing my very simple MGL c151B s4(10) case 1:24-cv-13200-LTS falsely stating that my administrative remedy with Boston Fair Housing is not acceptable and that only with the MCAD is acceptable,

despite my proving that it is per simple case law about equivalent administrative remedies. The initial judge Donald Cabell allowed all aspects of my complaint, and yet my complaint was transferred away from Cabell's magistrate jurisdiction to Sorokin due to a technicality. This is a dangerous judge, and he clearly enjoys believing whatever he psychologically desires, and what defendant's attorney states, despite facts, and let her, Petkov, abscond with 6 months of flagrant violations of civil procedure regarding deadlines, and yet dismisses my entire case despite that I (a) in my Documents 162-163, and in the 10/30/26 status conference, stated that I will attend despite my medical limitations, and do not need an order to attend. He via his inability to rule his psychology/emotions, then embarked on tabloid natured discussion with Petkov about an array of other issues unrelated to the deposition issue, to generate more hostile emotion in himself, including his stating "How do I know you will answer questions in the deposition?", despite no basis to ask that, and he ignored my statement that I have had depositions and have completed them successfully. He will not stop with his unconstrained psychology to accomplish disposing cases for his enjoyment. He finds doing so to be enjoyable and of success, and does so via his malice, which he cannot constrain. I discuss this case with another pro se clinic because the Boston College one that he himself referred me to stated an array of negative statements about his conduct against me, and then had to withdraw due to his unrestrained abuse. Witnessing him in the status conference was akin to witnessing a third-world judge of calculated contrived abuse to serve his harmful psychology.

3 I will shortly submit proposed redactions of Sorokin's vile anti disability abuse in his above documents against me, and in the meantime I ask that he redact such language about my medical circumstance.

4 I ask Sorokin to recuse himself after realizing that he is a contriving danger and unable to rule his emotional need to harm me, and likely other pro se. Aside, that virulent Boal, I as not even an attorney, and pro se, and medically disadvantaged, overturned her abuse-discretion ruling for 1:24-cv-13204-ADB that I cannot bring the following forward privately: "42 U.S.C. § 3617) makes it illegal to coerce, intimidate, threaten, or interfere with any person in their housing rights." I then demonstrated to her over several pages and via case law that she is obviously wrong, and then she dishonorably would not admit so, but then allowed my such claims in my amended complaint. An honorable judge would concede to her abuse-discretion abuse of me. Both are dishonorable judges who cannot restrain their emotional need to abuse, even after I present all of the above to them, which actually caused them to escalate their abuses, including Boal contriving for this case that there were 2 proceeding depositions that I did not attend. Education and strength of mind would prevent such abuse of Sorokin and Boal from arising. I assume that for them the word "abuse" has little effect given their sociopathy. I am a co-editor for the Journal Of Autism & Developmental Disorders, and it was easy for me to discern Sorokin's calculated sociopathy in the above status conference via his mental transitions, stimulation of his abuse-emotion, unemotional neglect of facts, unability to listen to me, florid enjoyment of listening to Petkov, etc. Frightening and dangerous.

By,
/s/ Dan Howitt, 11/4/26
Certificate Of Service: Today I served this document via efile to defendant's attorney.